IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEOFFREY H. ANDERSON,

    Plaintiff,

v.                         CASE NO. 4:08cv549-RH/WCS

DIANE JAMES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 69, and the objections, ECF No. 70. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation correctly concludes that the plaintiff has failed to present evidence that, if believed, would be sufficient to support a finding that this defendant violated his constitutional rights. And even if that were incorrect, the defendant also would be entitled to prevail based on qualified immunity. No clearly established law indicated that this defendant's actions violated this plaintiff's constitutional rights. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED. The defendant's motion for summary judgment, ECF No. 45, is GRANTED. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

SO ORDERED on September 3, 2010.

s/Robert L. Hinkle<br>United States District Judge